47697. STATE OF GEORGIA et al. v. MOORE.

HALL, Presiding Judge. The State and the District Attorney of Fulton County filed a notice of appeal from an order of the trial court quashing the indictment of defendant-appellee.

The appeal is dismissed. The State has no right of appeal in a criminal case. *State v. Gossett,* 214 Ga. 840 (108 SE2d 272); *State v. Jones,* 7 Ga. 422.

The State's contention that the order was actually a writ of prohibition was answered by the Supreme Court when it transferred the case to this court.

*Appeal dismissed. Evans and Clark, JJ., concur.*
ARGUED JANUARY 4, 1973 — DECIDED FEBRUARY 5, 1973.

*Lewis R. Slaton, District Attorney, Joel M. Feldman, Morris H. Rosenberg,* for appellant.
*B. L. Spruell,* for appellee.